UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**LISA D. ALLIE,**

    Movant,

v.                    CIVIL ACTION NO. 2:05-cv-0928
                          (Criminal No. 2:03-cr-250)

**UNITED STATES OF AMERICA,**

    Respondent.

O R D E R

The court having received the proposed findings and recommendation of the United States Magistrate Judge filed on April 23, 2007, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B); and having reviewed the record in this proceeding; and there being no objections filed by either the United States or the movant to the proposed findings and recommendation; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the proposed findings and recommendation of the magistrate judge be, and they hereby are, adopted by the court.

It is, accordingly, ORDERED that the movant's motion pursuant to 28 U.S.C. § 2255 be, and it hereby is, dismissed without prejudice.  It is further ORDERED that the movant's

motion pursuant to 28 U.S.C. § 2255 be, and it hereby is, deemed not adjudicated on the merits for purposes of 28 U.S.C. § 2255.

The Clerk is directed to forward copies of this order to the movant, all counsel of record, and the magistrate judge.

DATED: May 18, 2007

John T. Copenhaver, Jr.
United States District Judge